PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (*Tran. Court*)
1:23-CR-00045

DOCKET NUMBER (*Rec. Court*)
2:26-cr-00170-APG-BNW

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE

Anubor J. Bagbi
Las Vegas, NV 89113

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
AUG 11 2026
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

DISTRICT
0976

DIVISION

NAME OF SENTENCING JUDGE
Honorable Amanda K. Brailsford, Chief U.S. District Judge

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 03/03/2026 | 03/02/2031 |

OFFENSE
18§1344 Bank Fraud
18§1028A Aggravated Identity Theft

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Bagbi currently resides in Las Vegas, NV 89113, with his fiancé. Mr. Bagbi does not intend on moving back to Idaho and to expeditiously address any matters that require Court attention, the District of Nevada respectfully requests that the District of Idaho transfer jurisdiction of Mr. Bagbi's case to the District of Nevada.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF IDAHO

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the DISTRICT OF NEVADA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/7/2026
*Date*

Amanda K. Brailsford
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 14, 2026
*Effective Date*

[signature]
*United States District Judge*